**N. B. ARNOLD, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE.**

No. 8761.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1929.

John B. Arnold, N. B. Arnold, and Mc-Coy & Hansen, all of Duluth, Minn., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of decision of United States Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of respondent and consent of petitioner.

**Joe BARBARRO, Appellant, v. UNITED STATES of America, Appellee**

No. 5704.

Circuit Court of Appeals, Fifth Circuit.

March 17, 1930.

T. B. Castiglia, of Tampa, Fla. (Edwin Brobston, of Tampa, Fla., on the brief), for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., and D. Heywood Hardy, Sp. Asst. to Atty. Gen.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.

**BURNS BROTHERS, Libelant-Appellee, v. EASTERN STEAMSHIP LINES, Inc., Respondent-Appellant.**

No. 208.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1930.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and James Mc-Kown, Jr., both of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash and Max Taylor, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed, with costs.

**Alfonso CACCIATORE, alias —— Cacciatore, Appellant, v. UNITED STATES of America, Appellee.**

No. 5705.

Circuit Court of Appeals, Fifth Circuit.

March 17, 1930.

T. B. Castiglia, of Tampa, Fla., for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., and D. Heywood Hardy, Sp. Asst. to Atty. Gen.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.

**David CARMACK, Appellant, v. UNITED STATES of America.**

No. 8724.

Circuit Court of Appeals, Eighth Circuit.

Oct. 7, 1929.

Rader & Rader, of Kansas City, Mo., for appellant.

Chet A. Keyes, Asst. U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee, without costs to either party in this court.